**Opinion issued September 13, 2012**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00374-CV

_____

## IN THE INTEREST OF M.F.

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-05847J**

## MEMORANDUM OPINION

Appellant has filed a motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Radack, Jennings, and Keyes.